HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
megan_hopkins@fd.org

Attorney for Defendant
LAN C. QUEZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-po-00037 SAB |
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS BRIEFING SCHEDULE AND MOTION HEARING; ORDER |
| vs. | ) |
| LAN C. QUEZADA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Michael Tierney, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant Lan C. Quezada, that the motion hearing scheduled for August 25, 2016 at 10:00 a.m., before Honorable Stanley A. Boone may be continued to September 1, 2016 at 10:00 a.m.

  Defendant's Motion:  August 4, 2016

  Government's Response: August 18, 2016

  Defendant's Reply:  August 25, 2016

  Motion Hearing:  September 1, 2016, at 10:00 a.m.

The reason for this request for continuance is that defense counsel needs time for additional investigation in order to fully address the issues in the motion.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth to the hearing date on the motion. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

Dated:  September 12, 2016        /s/ *Michael Tierney*
                                                MICHAEL TIERNEY
                                               Special Assistant U.S. Attorney
                                               Attorney for Plaintiff

                                               HEATHER E. WILLIAMS
                                               Federal Defender

Dated:  September 12, 2016        /s/ *Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               LAN C. QUEZADA

**O R D E R**

IT IS SO ORDERED.  For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **July 13, 2016**

                                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28