HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
megan_hopkins@fd.org

Attorney for Defendant
LAN C. QUEZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:16-po-00037 SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS ) BRIEFING SCHEDULE AND MOTION |
| vs. | ) HEARING;  ORDER |
| LAN C. QUEZADA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Michael Tierney, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant Lan C. Quezada, that the motion hearing scheduled for September 1, 2016 at 10:00 a.m., before Honorable Stanley A. Boone may be continued to September 15, 2016 at 10:00 a.m.

Defendant's Motion:        August 18, 2016

Government's Response:     September 8, 2016

Defendant's Reply:         September 12, 2016

Motion Hearing:            September 15, 2016, at 10:00 a.m.

The reason for this request for continuance is that the parties are attempting to resolve the case without the need to litigate the issue in the instant motion, and require time for additional

factual investigation and negotiation.  Additionally, defense counsel has a Felony trial scheduled to begin on August 23, 2016 that will likely still be in progress the morning of August 25, 2016.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth to the hearing date on the motion. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  August 1, 2016          /s/ *Michael Tierney*
                                MICHAEL TIERNEY
                                Special Assistant U.S. Attorney
                                Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  August 1, 2016          /s/ *Megan T. Hopkins*
                                MEGAN T. HOPKINS
                                Assistant Federal Defender
                                Attorney for Defendant
                                LAN C. QUEZADA

**O R D E R**

IT IS SO ORDERED.  For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

The hearing on the matter is continued Thursday, October 6, 2016 at 10:00 a.m.  All other remaining dates agreed to the parties shall remain.

IT IS SO ORDERED.

Dated:  **August 2, 2016**                    _____
                                              UNITED STATES MAGISTRATE JUDGE