1  PHILLIP A. TALBERT
Acting United States Attorney
2  MICHAEL G. TIERNEY
Assistant U.S. Attorney
3  MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Citation No. 1:16-PO-00037-SAB

12 |            Plaintiff,

13 | v.                                    MOTION AND ORDER FOR DISMISSAL

14 | LAN C. QUEZADA,

15 |            Defendant.

16

17

18  The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

19  and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case Number 1:16-

20  po-00037-SAB against LAN C. QUEZADA without prejudice in the interest of justice, pursuant to Rule

21  48(a) of the Federal Rules of Criminal Procedure.

22

23  DATED: August 31, 2016                    Respectfully submitted,

    PHILLIP A. TALBERT
24                                            Acting United States Attorney

25                                    By:    /s/ Michael G. Tierney
                                              MICHAEL G. TIERNEY
26                                            Assistant U.S. Attorney

27

28

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00037-SAB against LAN C. QUEZADA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 31, 2016**

UNITED STATES MAGISTRATE JUDGE